**NANCY E. MILLER, SBN 120031**
nmiller@rreeves.com
**REEVES & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101
Tel: (626) 795-6777
Fax: (626) 795-6999

Attorneys for plaintiff EDWARD KARENOVICH KARAPETYAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KARENOVICH KARAPETYAN (A99 666 736), | ) Case No. CV07-4001 JSL (AGRx) ) ) |
| Plaintiff, | ) ) **ORDER** |
| v. | ) ) |
| ALBERTO R. GONZALES, Attorney General, et al; | ) ) ) |
| Defendants | ) ) |

7

It is hereby ordered that the above stipulation is approved and that this case is dismissed without prejudice, with each party bearing his or her own costs and fees, including attorneys' fees.

Dated: _March 6, 2008                    _____
                                          *[signature: Spencer Letts]*
                                          **HONORABLE J. SPENCE LETTS**
                                          **UNITED STATES DISTRICT JUDGE**